No. 584. COMMERCIAL MOLASSES CORP. *v.* NEW YORK TANK BARGE CORP.;

No. 586. NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. *v.* FRANK;

No. 587. TOUCEY *v.* NEW YORK LIFE INSURANCE CO.;

No. 603. GRAY, DIRECTOR OF THE BITUMINOUS COAL DIVISION OF THE DEPARTMENT OF THE INTERIOR, ET AL. *v.* POWELL ET AL., RECEIVERS; and

No. 678.   BALTIMORE & OHIO RAILROAD CO. *v.* KEPNER. April 28, 1941.   The petitions for rehearing in these cases are granted.   The judgments are vacated and the cases are restored to the docket for reargument.   (No. 584, *ante,* p. 541.; No. 586, *ante,* p. 538; No. 587, *ante,* p. 538; No. 603, 312 U. S. 666; No. 678, *ante,* p. 542.)